**Kurt M. Rylander**, OSB No. 944271
rylander@rylanderlaw.com
**Mark E. Beatty**, OSB No. 092603
beatty@rylanderlaw.com
**RYLANDER & ASSOCIATES PC**
406 West 12th Street
Vancouver, WA 98660
Tel: 360.750.9931
Fax: 360.397.0473
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| METABOLIC MAINTENANCE PRODUCTS, INC., an Oregon Corporation,<br><br>  Plaintiff(s),<br>v.<br><br>HEALTH MENTORS, LLC, a Washington limited liability company,<br><br>  Defendant(s). | Case No. 6:13-cv-02095-AA<br><br>STIPULATION AND FINAL JUDGMENT<br>[Proposed]<br>By Plaintiff |

### I.  STIPULATION

Come now Plaintiff Metabolic Maintenance Products, Inc., by and through its counsel of record, Kurt M. Rylander of Rylander & Associates, PC, and Defendant Health Mentors, LLC, by and through its attorney Kenan L. Farrell, and stipulate to the entry of a final judgment in this matter permanently enjoining the Defendant from directly or indirectly using the name

1— STIPULATION AND FINAL JUDGMENT (6:13-cv-02095-AA)
2/6/2014 4:25:15 PM MBTM.003



METHYLPRO or METHYL PRO, in relation to Defendant's marketing, sale, and/or description of Defendant's business, services, or products. The parties further stipulate that all other claims between the parties are to be dismissed with prejudice, with each side to bear its own fees and costs.

| Approved, stipulated, and agreed to | Approved, stipulated, and agreed to |
|---|---|
| RYLANDER & ASSOCIATES PC | LAW OFFICES OF KENAN L. FARRELL |
| By: /s/ Kurt M. Rylander  2/13/2014 | By: _____ 2/13/14 |
| Kurt M. Rylander         Date | Kenan L. Farrell         Date |
| OSB No. 944271 | OSB No. 131462 |
| 406 West 12th Street | 451 N. New Jersey St. |
| Vancouver, WA 98660 | Indianapolis, IN 46204 |
| Tel: (360) 750-9931 | Tel: 317-808-0000 |
| Of Counsel to Plaintiff | Attorney for Defendant |

## II.   ORDER AND FINAL JUDGMENT

The Court having jurisdiction over the claims and parties, and having reviewed the record in this case and the above Stipulation by the parties, hereby ORDERS AND DECREES as follows:

1. Defendant is PERMANENTLY ENJOINED from using the name METHYLPRO or METHYL PRO in relation to Defendant's marketing, sale, and/or description of Defendant's business, services, or products;

2. All other claims between the parties are DISMISSED WITH PREJUDICE; and

3. Each party is to bear its own fees and costs.

ENTERED THIS February 18, 2014

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:



RYLANDER & ASSOCIATES PC

By: /s/ Kurt M. Rylander 2/13/2014
KURT M. RYLANDER, OSB 944271
rylander@rylanderlaw.com
MARK E. BEATTY, OSB 092603
beatty@rylanderlaw.com
RYLANDER & ASSOCIATES PC
406 West 12th Street
Vancouver, WA 98660
Tel: (360) 750-9931
Fax: (360) 397-0473
Attorney for Plaintiff

Notice of presentation waived; approved
as to form by:

By: [signature] 2/13/14
Kenan L. Farrell, OSB No. 131462
kfarrell@klflegal.com
451 N. New Jersey St.
Indianapolis, IN 46204
Tel: 317-808-0000
Attorney for Defendant

3— STIPULATION AND FINAL JUDGMENT (6:13-cv-02095-AA)
2/8/2014 4:25:15 PM METM.003

RYLANDER
& ASSOCIATES PC
406 West 12th Street
Vancouver, WA 98660
(360) 750-9931